IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **GUYZAR LLC** | § |
| Plaintiff, | § CIVIL ACTION NO. 2:16-cv-00211 |
| v. | § |
| **GANNETT SATELLITE INFORMATION NETWORK, LLC, d/b/a USA TODAY** | § LEAD CASE NO. 2:16-cv-00211 |
| Defendant. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Unopposed Motion For Dismissal With Prejudice of all claims asserted between Plaintiff Guyzar LLC ("Plaintiff") and Defendant New Avon LLC ("Defendant"), the Unopposed Motion For Dismissal With Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

It is further ORDERED that this Court will retain jurisdiction to enforce the terms and obligations set forth in the Settlement Agreement executed by the Parties.

**SIGNED this 28th day of July, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE